IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DOUGLAS E. WILLARD, et al.<br>Plaintiffs, | * * | |
| v. | * * | Civil No. JFM-10-326 |
| KAREN KUNDA, et al.<br>Defendants | * * * * | |

******

ORDER

For the reasons stated in the accompanying Memorandum, it is, this 3rd day of November 2010

ORDERED

1. Hack's Point General Store, Inc., Nancy Holmquist, Wayne Holmquist, Adam Kunda, and Karen Kunda's Motion to Dismiss Second Amended Complaint (document 55) is granted;

2. Cecil Bancorp, Inc., Cecil Bank, Sandra D. Feltman, Mary B. Halsey, Anthony Moss, and Charles F. Sposato, Sr.'s Motion to Dismiss Second Amended Complaint (document 57) is granted;

3. This action is dismissed.

                                              /s/
                                      J. Frederick Motz
                                      United States District Judge